UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

Case No.  CV 10-1909 DOC(RBNx)                                    Date: March 12, 2012
         CV 11-8257 DOC(RBNx)
         CV 12-0417 DOC(RBNx)

Title:  JOAO CONTROL MONITORING SYSTEMS LLC v. ACTI CORPORATION INC. ET AL.
        JOAO CONTROL MONITORING SYSTEMS LLC v. WEBCAMNOW.COM
        JOAO CONTROL MONITORING SYSTEMS LLC v. DIGITAL PLAYGROUND INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                  NONE PRESENT

PROCEEDING (IN CHAMBERS): DISCHARGING ORDER TO SHOW CAUSE WHY THESE CASES SHOULD NOT BE COMBINED

   On February 16, 2012, the Court issued an order to show cause ("OSC") why the three above-referenced cases should not be consolidated.  Plaintiff and several Defendants filed responses, all of which adopted the same position regarding consolidation.

**I. Case 10-1909 Is Not Consolidated**

   Plaintiff Joao Control and Monitoring Systems LLC, Inc. ("Plaintiff") filed a Response in each of the above-referenced cases: (1) *Joao Control Monitoring Systems LLC v. ACTI Corporation Inc. et al.*, CV 10-1909 DOC(RBNx) ("10-1909 case"); ; (2) *Joao Control Monitoring Systems LLC v. Webcamnow.com*, CV 11-8257 DOC(RBNx) ("11-8257 case"); and (3) *Joao Control Monitoring Systems LLC v. Digital Playground Inc.*, CV 12-0417 DOC(RBNx) ("12-0417 case").

   Three Defendants filed Responses to the OSC in the 10-1909 case: (1) Onstar LLC; (2) Xanboo Inc.; and (3) Iveda Solutions, Inc.  In addition, Ahava Inc., a Defendant in the 11-8257 case, filed a Response.  No other Defendants filed a Response.

Both Plaintiff's and Defendants' Responses unanimously indicate that: (1) there is no opposition to combining cases 11-8257 and 12-417; but (2) case 10-1909 should not be combined with either of these other two cases because it is at a more advanced stage of litigation. Accordingly, *Joao Control Monitoring Systems LLC v. ACTI Corporation Inc. et al.*, SACV 10-1909 DOC(RBNx) ("10-1909 case") is NOT consolidated with any other cases at this time.

**II. Cases 11-8257 and 12-0417 Are Consolidated**

None of the parties opposed combining cases 11-8257 and 12-417. Accordingly, the Court ORDERS:

- The following TWO cases are CONSOLIDATED into one: (1) *Joao Control Monitoring Systems LLC v. Webcamnow.com*, CV 11-8257 DOC(RBNx); and (2) *Joao Control Monitoring Systems LLC v. Digital Playground Inc.*, CV 12-0417 DOC(RBNx).

- The heading of the consolidated case shall be *Joao Control Monitoring Systems LLC v. Webcamnow.com*, CV 11-8257 DOC(RBNx).

- **On or before March 19, 2012**, Plaintiff shall file an Amended Complaint in the consolidated case that shall include all defendants that Plaintiff intends to keep in the consolidated case.

- **On or before April 16, 2012**, all defendants in the consolidated case shall file an Answer to the Amended Complaint.

- Any motions, pleadings, or answers filed prior to consolidation on March 12, 2012, are STRUCK and must be refiled to be considered by this Court.

Finally, Defendant Ahava requested in its Response that the Court "revisit the issue of trial consolidation nearer to the time of trial (when it will be clearer which defendants, which patents, and which accused devices remain in the case)." *See* Response by Defendant Ahava (CV 11-8257 Dkt 34). The Court will revisit the issue of trial consolidation upon a motion at a later date, and any moving party should feel free to cite this Order when doing so.

The Clerk shall serve this minute order on all parties to the action.